IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| ORVAL DEWEY TANNER, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) Civil Action No. 5:10cv084 |
| v. | ) |
| | ) |
| MICHAEL J. ASTRUE, | ) By: Michael F. Urbanski |
| Commissioner of Social Security, | )    United States District Judge |
| | ) |
|    Defendant. | ) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, the Report and Recommendation entered January 6, 2012 (Dkt. # 24) is **ADOPTED in part** and **DENIED in part**, the Commissioner's Motion for Summary Judgment (Dkt. # 17) is **DENIED**, plaintiff's Motion for Summary Judgment and request for remand (Dkt. # 13 & 22) are **GRANTED,** and the Commissioner's decision is hereby **REVERSED** and **REMANDED** for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

The Clerk is directed to send certified copies of this Order to all counsel of record.

It is **SO ORDERED**.

                                           Entered:  March 29, 2012

                                           */s/ Michael F. Urbanski*

                                           Michael F. Urbanski
                                           United States District Judge